UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 15 A 11: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) M.B.D. No. |
| v. | ) |
| | ) |
| THOMAS B. ASELTINE | ) |

### JOINT MOTIONS TO EXTEND PERIOD WITHIN WHICH INDICTMENT OR INFORMATION MUST BE FILED AND FOR EXCLUDABLE TIME

The parties hereby move the Court, pursuant to 18 U.S.C. § 3161(b) and § 3161(h)(8)(A), for an Order that extends the period within which an Indictment or Information must be filed to March 30, 2005. As grounds, the parties state that defendant in this arson case (Case No. 04-mj-00559-RBC) has been charged by complaint and is engaged in discussions with the government aimed at resolving this case, in connection with certain state court cases, by way of a guilty plea. The parties require additional time to complete these discussions and anticipate that early resolution of this case is likely.

Because the delay resulting from the requested extension of time would serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the parties move that the period of the delay be deemed excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| THOMAS B. ASELTINE | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |
| /s/ Andrew M. D'Angelo | By: |
| ANDREW M. D'ANGELO | JOHN A. CAPIN |
| Carney & Bassil | Assistant U.S. Attorney |
| (617) 338-5566 | (617) 748-3264 |